UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 12-10715

TOMMY W HOWARD JR

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2012.

2) The plan was confirmed on 05/09/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/07/2012.

5) The case was dismissed on 12/19/2012.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $1,751.20 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,751.20** |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,564.39 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $71.81 |
| Other | $115.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,751.20** |

Attorney fees paid and disclosed by debtor:       $250.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | Unsecured | 316.00 | 319.61 | 319.61 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 402.93 | 402.93 | 0.00 | 0.00 |
| AURORA HEALTH CARE | Unsecured | 1,383.00 | NA | NA | 0.00 | 0.00 |
| AURORA MEDICAL GROUP INC | Unsecured | 1,924.00 | 155.00 | 155.00 | 0.00 | 0.00 |
| BAYCARE HEALTH SYSTEMS LLC | Unsecured | 429.00 | 429.00 | 429.00 | 0.00 | 0.00 |
| BELLIN MEMORIAL HOSPITAL | Unsecured | 1,778.00 | NA | NA | 0.00 | 0.00 |
| BELLIN MEMORIAL HOSPITAL | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,000.00 | 1,078.40 | 1,078.40 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | 1,877.89 | 1,877.89 | 0.00 | 0.00 |
| CON FIN SVC | Unsecured | 5,046.00 | NA | NA | 0.00 | 0.00 |
| EINSTEIN PCS | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MED SPECIALISTS | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL SERVICES | Unsecured | 5,759.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL SERVICES | Secured | 3,206.00 | NA | NA | 0.00 | 0.00 |
| GREEN BAY RADIOLOGY | Unsecured | 552.00 | 552.00 | 552.00 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 8,448.00 | 6,561.77 | 6,561.77 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 283.00 | 748.86 | 748.86 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | NA | 899.31 | 899.31 | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY | Unsecured | NA | 2,193.28 | 2,193.28 | 0.00 | 0.00 |
| LOYOLA UNIV HEALTH SYSTEM | Unsecured | 1,853.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV HEALTH SYSTEM | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV HEALTH SYSTEM | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV HEALTH SYSTEM | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| MANITOWOC COUNTY JAIL | Unsecured | 2,218.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 821.47 | 821.47 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,343.00 | 2,462.38 | 2,462.38 | 0.00 | 0.00 |
| OAC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE OF IL INC | Unsecured | NA | 1,435.71 | 1,435.71 | 0.00 | 0.00 |
| ROSS KLEIMAN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SHEBOYGAN COUNTY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ST MARY HOSPITAL | Unsecured | 2,013.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT HOSPITAL | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 5,553.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| STATE OF WISCONSIN OFC PUBLIC | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| STATE OF WISCONSIN OFC PUBLIC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BROADVIEW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOWNERS GROVE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MAYWOOD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WOODRIDGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | Priority | 2,000.00 | 140.19 | 140.19 | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | Unsecured | NA | 199.12 | 199.12 | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | Secured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $8,209.94 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $140.19 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$8,350.13** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,926.79** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,751.20 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,751.20** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/27/2013          By: /s/ Tom Vaughn
                                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**